ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 16 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-98-2262 |
| | § | |
| WILLIAM SCOTT | § | |

Order Granting Substituted Service

USA's Motion for Substituted Service to serve Defendant Scott is granted.

Service of the summons with the complaint attached will be made on Scott by securely posting the summons and complaint on the front door of Scott's usual place of abode, 9555 Crofton, #1048, Houston, Texas 77016, or by leaving it with someone 21 years of age or older, and by sending it regular mail to debtor.

Signed September 16, 1998, at Houston, Texas.

Lynn N. Hughes
United States District Judge

Approved:

By:
M. H. Cersonsky, TBA 04048500
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
Attorney for United States of America

Of Counsel:
Alonso & Cersonsky, P.C.

DHS\wp60\wpdocs\DOJ-Rule.106
Page 3

3

ClibPDF - www.fastio.com